# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2023

## NO. 03-22-00196-CV

**John Muir, Appellant**

**v.**

**The University of Texas at Austin, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
REVERSED AND REMANDED -- OPINION BY JUSTICE JONES**

This is an appeal from the Order granting the plea to the jurisdiction signed by the trial court on March 11, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's Order. Therefore, the Court reverses the trial court's Order granting the plea to the jurisdiction and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.